Gerald M. Needham, OSB # 963746
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel:    (503) 326-2123
Fax:    (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 3:20-cr-00442-HZ** |
| **Plaintiff,** | **DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| **v.** | |
| **JOSHUA M. WARNER,** **aka EVA WARNER,** | |
| **Defendant** | |

I, Gerald M. Needham, declare:

1.    I am counsel for Eva Warner in the above-entitled action.

2.    Ms. Warner has been indicted for one count of Civil Disorder in violation of 18 U.S.C. § 231(a)(3).

3.    Ms. Warner has been released on pretrial conditions and is in compliance with the conditions of her release.

PAGE 1.    DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE

4.      Ms. Warner has authorized counsel to represent she consents to the continuance with the knowledge that the timeframe is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

5.      Defense counsel has filed a Motion to Dismiss Indictment and supporting exhibits (ECF 16, 17). The filing of that motion tolls the speedy trial clock, and will require additional time to litigate and allow for the Court to make a decision.

6.      Additionally, counsel is in need of more time to conduct legal research, locate potential exculpatory evidence, review discovery materials with the defendant, and otherwise properly prepare for trial.

7.      Assistant United States Attorney Tom Ratcliffe has authorized counsel to represent the government has no objection to the requested continuance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that the statements set forth above are based on my own knowledge, except where otherwise indicated, and I believe those statements to be true; and that this declaration was executed on January 26, 2021, in Portland, Oregon.

_/s/ Gerald M. Needham_
Gerald M. Needham
Attorney for Defendant