O:\Gerald M. Needham, OSB # 963746
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel:    (503) 326-2123
Fax:    (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JOSHUA M. WARNER,**<br>  **aka EVA WARNER,**<br><br>**Defendant** | Case No. 3:20-cr-00442-HZ<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND TO WITHDRAW MOTION TO DISMISS (ECF 16)** |

I, Gerald M. Needham, declare:

1.  I am counsel for Eva Warner in the above-entitled action.

2.  Ms. Warner has been indicted for one count of Civil Disorder in violation of 18 U.S.C. § 231(a)(3).

3.  Ms. Warner has been released on pretrial conditions and is in compliance with the conditions of her release.

4.      Ms. Warner has authorized counsel to represent she consents to the continuance with the knowledge that the timeframe is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2).

5.      Ms. Warner has reached an agreement with the government to enter into a Deferred Resolution Agreement. The agreement calls for a continuance of the trial with an agreed timeframe from December 22, 2020, as a period of deferred prosecution. As such, Ms. Warner moves to continue her trial and withdraw her Motion to Dismiss (ECF 16).

6.      Assistant United States Attorney Tom Ratcliffe has authorized counsel to represent the government has no objection to the requested continuance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that the statements set forth above are based on my own knowledge, except where otherwise indicated, and I believe those statements to be true; and that this declaration was executed on March 22, 2021, in Portland, Oregon.

_/s/ Gerald M. Needham_ _____
Gerald M. Needham
**Attorney for Defendant**